```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LAKISHA REYNOLDS, *et al.*, :
:
                Plaintiffs, :
:      98-cv-8877 (LJL)
    -v- :
:      <u>ORDER</u>
RUDOLPH GIULIANI, *et al.*, :
:
                Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court will hold a conference on Plaintiffs' Motion for Civil Contempt, Dkt. No. 262, on Thursday, February 8, 2024 at 3:30 P.M. The conference will be held in-person in Courtroom 15C at the 500 Pearl Street Courthouse.

      SO ORDERED.

Dated: January 31, 2024
       New York, New York

                                                      LEWIS J. LIMAN
                                          United States District Judge