# EXHIBIT A

| CAP paragraphs numbers | Reynolds CAP Requirement | Feb-25 |
|---|---|---|
| Paragraph 4(d)(i) | # of applications filed by means other than AHRA. | 2,710 |
| Paragraph 4 (c)(i) | Average application wait time* | 0:53:23 |
| Paragraph 4(c)(i)(a) | Inbound Callers - Application Interview* | 47,004 |
| Paragraph 4(c)(i)(b) | Wait time range: Max* | 2:27:35 |
| Paragraph 4(c)(i)(b) | Wait time range: Min* | 0:00:00 |
| Paragraph 4(c)(i)(b) | Wait time range < 1 hour* | 27,603 |
| Paragraph 4(c)(i)(b) | Wait time range 1-2 hours* | 17,615 |
| Paragraph 4(c)(i)(b) | Wait time range 2-3 hours* | 1,786 |
| Paragraph 4(c)(i)(b) | Wait time range 3-4 hours* | 0 |
| Paragraph 4(c)(i)(b) | Wait time range > 4 hours* | 0 |
| Paragraph 4(c)(ii) | Abandonment rate | 19% |
| Paragraph 4(c)(iii) | Average time to abandonment | 0:22:05 |
| Paragraph 4(c)iv | Application Call-back rate | 94% |
| Paragraph 4(c)(v) | Dropped Call Data (ON DEMAND) (SNAP Only FNS) | NA |
| Paragraph 4(c)(vi) | Disconnected calls (ON DEMAND) | 0 |
| Paragraph 4(d)(ii) | # of application interview calls initiated to Benefit Access Center phones designated for in-center interviews | 1,091 |

*Abandoned calls are not included in this metric

This corresponds to paragraph 4(b)

**Monthly CA No Food Emergency Timeliness Rate**

| Month | # of Reynolds Class Members who present with a Food Emergency | # who received a Food-related Immediate Needs grant or ESNAP benefit on the day of their eligibility interview | % Timely |
|---|---|---|---|
| 1/2025 | 7,426 | 5,479 | 73.8% |

This corresponds to paragraph 4(b)

**Monthly ESNAP Timeliness Rate**

| Month | # Eligible for the expedited benefits | # Received the expedited benefit within 7 days of the application | % Timely |
|---|---|---|---|
| 2/2025 | 5,373 | 5,278 | 98.2% |