# EXHIBIT B

| CAP paragraphs numbers | Reynolds CAP Requirement | Mar-25 |
|---|---|---|
| Paragraph 4(d)(i) | # of applications filed by means other than AHRA. | 3,301 |
| Paragraph 4 (c)(i) | Average application wait time* | 0:58:24 |
| Paragraph 4(c)(i)(a) | Inbound Callers - Application Interview* | 50,461 |
| Paragraph 4(c)(i)(b) | Wait time range: Max* | 2:31:43 |
| Paragraph 4(c)(i)(b) | Wait time range: Min* | 0:00:01 |
| Paragraph 4(c)(i)(b) | Wait time range < 1 hour* | 26,223 |
| Paragraph 4(c)(i)(b) | Wait time range 1-2 hours* | 22,604 |
| Paragraph 4(c)(i)(b) | Wait time range 2-3 hours* | 1,634 |
| Paragraph 4(c)(i)(b) | Wait time range 3-4 hours* | 0 |
| Paragraph 4(c)(i)(b) | Wait time range > 4 hours* | 0 |
| Paragraph 4(c)(ii) | Abandonment rate | 20% |
| Paragraph 4(c)(iii) | Average time to abandonment | 0:23:51 |
| Paragraph 4(c)iv | Application Call-back rate | 94% |
| Paragraph 4(c)(v) | Dropped Call Data (ON DEMAND) (SNAP Only FNS) | NA |
| Paragraph 4(c)(vi) | Disconnected calls (ON DEMAND) | 0 |
| Paragraph 4(d)(ii) | # of application interview calls initiated to Benefit Access Center phones designated for in-center interviews | 1,267 |

*Abandoned calls are not included in this metric

This corresponds to paragraph 4(b)

**Monthly CA No Food Emergency Timeliness Rate**

| Month | # of Reynolds Class Members who present with a Food Emergency | # who received a Food-related Immediate Needs grant or ESNAP benefit on the day of their eligibility interview | % Timely |
|---|---|---|---|
| 2/2025 | 5,519 | 4,187 | 75.9% |

This corresponds to paragraph 4(b)

**Monthly ESNAP Timeliness Rate**

| Month | # Eligible for the expedited benefits | # Received the expedited benefit within 7 days of the application | % Timely |
|---|---|---|---|
| 3/2025 | 5,285 | 5,182 | 98.1% |